Calvin I. HOY, etc., Appellant, v. Benjamin KOERBER et al., etc., Appellees.

No. 267.

Circuit Court of Appeals, Second Circuit.

March 2, 1931.

Goodman Block, of New York City (Fred H. Rees, of New York City, Calvin I. Hoy, of St. Louis, Mo., and Evan B. Lewis, of Philadelphia, Pa., of counsel), for appellant.

Taylor, Blanc, Capron & Marsh, of New York City (John B. Marsh, of New York City, of counsel), for appellee George S. Mittendorf.

Carter, Ledyard & Milburn, of New York City (J. M. Richardson Lyeth and Leslie D. Dawson, both of New York City, of counsel), for appellee William Vincent Astor.

Taylor, Blanc, Capron & Marsh, of New York City (George S. Mittendorf and John B. Marsh, both of New York City, of counsel), for appellees Charles A. Peabody, Jr., and another.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decrees affirmed.

■

KING'S TRANSPORTATION & SUPPLY CO., Inc., Owner of THE Boats NO. I K and THE BERTELL W. KING, Libelant-Appellant, v. WYOMING VALLEY COAL CO., and Burns Bros., Respondents-Appellants.

No. 284.

Circuit Court of Appeals, Second Circuit.

March 16, 1931.

William F. Purdy, of New York City (John E. Purdy, of New York City, of counsel), for libelant-appellant.

Alexander, Ash & Jones, of New York City (Edward Ash and Lawson R. Jones, both of New York City, of counsel), for respondent-appellant.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.

■

LOUIE SOO HON, Appellant, v. UNITED STATES of America, Appellee.

No. 6268.

Circuit Court of Appeals, Ninth Circuit.

March 16, 1931.

Before RUDKIN, WILBUR, and SAWTELLE, Circuit Judges.

PER CURIAM.
Pursuant to motion of counsel for appellant, ordered appeal dismissed.